PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax


Attorney for Defendant
JOSE TALAVERA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>          vs.<br>JOSE TALAVERA<br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:09-cr-00075-AWI<br><br>STIPULATION RE: CONTINUANCE<br>AND  ORDER<br><br>Date: October 17, 2011<br>Time: 9:00 a.m.<br>Dept.: 2<br><br>Honorable Judge Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between Assistant United States Kathleen Servatius, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Jose Talavera, that the Status Conference and Motion Hearing date scheduled for September 6, 2011, at 9:00 a.m. be vacated and the Status Conference and Motion Hearing be continued to this court's calendar on October 17, 2011 at 9:00 a.m. Additional time is needed for Mr. Martinez to review the plea agreement with the defendant Jose Talavera. The government shall file any responses to defendant's motion to suppress by September 19, 2011.

The court is advised that counsel have conferred about this request that they have agreed to the court date of October 17, 2011 and that Ms. Servatius has authorized Preciliano Martinez to sign this stipulation on their behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for completion of plea negotiations, up to and including October 17, 2011.

Respectfully Submitted,

Dated:  August 31, 2011                    /s/ Preciliano Martinez
                                           Preciliano Martinez
                                           Attorney for Defendant
                                           JOSE TALAVERA


Dated:  August 31, 2011                    /s/ Kathleen Servatius
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff
                                           UNITED STATES OF AMERICA


## ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current September 6, 2011 Status Conference hearing is hereby vacated and reset to October 17, 2011.


IT IS SO ORDERED.

Dated:   August 31, 2011                   _____
                                           CHIEF UNITED STATES DISTRICT JUDGE